UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARNELL STEWART, | 1:18-cv-17197 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WARDEN BRUCE DAVIS, | |
| Respondent. | |

**APPEARANCES**:

Darnell Stewart
567134/136118C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    Petitioner pro se

Jill S. Mayer, Acting Camden County Prosecutor
Linda A. Shashoua, Special Deputy Attorney General
Camden County Prosecutor's Office
200 Federal Street
Camden, NJ 08103

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Darnell Stewart filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, the Court denied Respondent's motion to dismiss the petition on April 14, 2020, see ECF No. 13; and

    WHEREAS, Respondent filed its answer on June 29, 2020, see ECF No. 16; and

WHEREAS, Petitioner requests an additional 60 days to file his response due to the restrictions imposed on access to the prison law library as a result of the COVID-19 pandemic, ECF No. 17; and

WHEREAS, the Court noted in a May 12, 2020 order that Petitioner's response was due July 29, 2020, see ECF No. 15,

THEREFORE, IT IS on this  26th  day of August, 2020

ORDERED that Petitioner's request for an extension, ECF No. 17, is granted.  Any response is due October 2, 2020; and it is finally

ORDERED that the Clerk shall send a copy of this order to Petitioner by regular mail.

At Camden, New Jersey         s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.